IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3300-JLK**

**EMILY WILSON,**

    Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation, and THOMAS F. FARRELL, PC, a Colorado partnership,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss With Prejudice (doc. #9), filed June 4, 2012, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: June 4, 2012

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT